FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI SWAIN, | No. CV 07-06047-CT |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that this matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to defendant Commissioner of Social Security for further administrative action consistent with the opinion and order filed concurrently with this judgment.

DATED: January 31, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE